IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL PRICE,                                          No. CIV S-05-1311-GEB-CMK

        Plaintiff,

   vs.                                                              <u>ORDER</u>

PLACER COUNTY JAIL, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 6). Plaintiff's complaint will be addressed by separate order.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

        2.    Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1        3.    No initial partial filing fee of will be assessed pursuant to 28 U.S.C.
2 § 1915(b)(1); and
3        4.    Plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's prison trust account, such payments to be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

8 DATED: October 12, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE